IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ROBERT RAYMOND,<br>(2) MONICA RAYMOND,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>(1) SAFECO INSURANCE COMPANY<br>OF AMERICA, a Foreign For Profit Insurance<br>Corporation,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:13-CV-01372-M<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the attorneys of record for all parties and hereby stipulate and agree that the above captioned cause may be dismissed with prejudice to further litigation pertaining to all matters involved herein, and state that a compromise settlement covering all claims has been made between and among the parties, with each party to bear his or its own attorney fees and costs.

Said parties hereby request the Court Clerk show this action as dismissed with prejudice pursuant to this stipulation.

　　　　　　　　　　　　　　　　　　　　 *S/Michael D. McGrew*
　　　　　　　　　　　　　　　　　　　　Michael D. McGrew, OBA #13167
　　　　　　　　　　　　　　　　　　　　Michael D. McGrew & Associates, PC
　　　　　　　　　　　　　　　　　　　　400 N. Walker, Suite 115
　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73102
　　　　　　　　　　　　　　　　　　　　Telephone: 405-235-9909
　　　　　　　　　　　　　　　　　　　　Facsimile: 405-235-9929
　　　　　　　　　　　　　　　　　　　　Email: mcgrewslaw@yahoo.com
　　　　　　　　　　　　　　　　　　　　***Attorney for Plaintiffs***

<u>S/Tim D. Cain</u>
Tim D. Cain, OBA #11779
Barbara K. Buratti, OBA #12231
TimC@wcalaw.com
BarbaraB@wcalaw.com
Wilson, Cain & Acquaviva
300 N.W. 13th Street, Suite 100
Oklahoma City, OK 73103
(405) 236-2600
(405) 236-2607 (Fax)
*Attorneys for defendant*
*Safeco Insurance Company of America*